**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karin R. Tomasovich<br>Mark S. Tomasovich | CHAPTER 13<br><br>BKY. NO. 19-12432 JKF |
| <u>Debtors</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                  Respectfully submitted,
                  **/s/ Rebecca A. Solarz, Esq**
                  Rebecca A Solarz, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322