# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Mark S. Tomasovich | | |
| Karin R. Tomasovich | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-12432 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 04/17/2019, this case is hereby DISMISSED.

**Date: May 3, 2019**

_____
Jean K. FitzSiimon
United States Bankruptcy Judge

Missing Documents

    Matrix List of Creditors due 04/23/2019
    SSN – Form B21 /Tax ID due 04/23/2019
    Atty Disclosure Statement due 04/30/2019
    Chapter 13 Plan due by 04/30/2019
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
    Means Test Calculation Form 122C-2 – If Applicable – Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

bfmisdoc