United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12432-jkf
Mark S Tomasovich                                                       Chapter 13
Karin R Tomasovich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi            Page 1 of 1            Date Rcvd: May 03, 2019
                               Form ID: pdf900        Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db/jdb        +Mark S Tomasovich,   Karin R Tomasovich,   105 Wilson Road,   Phoenixville, PA 19460-1516
14314957      +BayView Loan Servicing,   c/o Rebecca A. Solarz Esquire,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 04 2019 02:48:04     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2019 02:47:22
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 04 2019 02:48:01     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 04 2019 02:51:16     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14309018      +E-mail/PDF: gecsedi@recoverycorp.com May 04 2019 02:51:08     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 5


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
          NEIL J. O'LEARY   on behalf of Joint Debtor Karin R Tomasovich wooody@aol.com
          NEIL J. O'LEARY   on behalf of Debtor Mark S Tomasovich wooody@aol.com
          REBECCA ANN SOLARZ   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                          :    Chapter   13

                                               :

Mark S. Tomasovich
Karin R. Tomasovich

                                               :

        Debtor                                 :    Bankruptcy No. 19-12432


ORDER


        AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 04/17/2019, this case

is hereby DISMISSED.


**Date: May 3, 2019**

                                        _____
                                        Jean K. FitzSiimon
                                        United States Bankruptcy Judge


        Missing Documents

                        Matrix List of Creditors due 04/23/2019
                        SSN – Form B21 /Tax ID due 04/23/2019
                        Atty Disclosure Statement due 04/30/2019
                        Chapter 13 Plan due by 04/30/2019
                        Chapter 13 Statement of Your Current Monthly Income and
                        Calculation of Commitment Period
                        Means Test Calculation Form 122C–2 – If Applicable –
                        Schedules AB–J
                        Statement of Financial Affairs
                        Summary of Assets and Liabilities Form B106

bfmisdoc